**IN THE UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | |
|---|---|
| IN THE MATTER OF | IN PROCEEDINGS UNDER CHAPTER 13 |
| MARILYN F. ZURAWSKI, | NO. 09-08407 |
| DEBTOR | JUDGE: Goldgar, |

## NOTICE OF MOTION

**Notified via Electronic Filing**
U.S. Trustee , 219 S Dearborn St, Room 873, Chicago, IL 60604
Marilyn Marshall, 224 South Michigan, Ste 800, Chicago, IL 60604
Martin Lear, 233 South Wacker Drive, Suite 5150, Chicago, IL 60606
**Notified via US Fed Ex overnight Service**
Marilyn F. Zurawski, 15500 Sunset Drive, Dolton, IL 60419

    Please take notice that on the 27th day of October, 2009 at the hour of 9:30 a.m. or as soon thereafter as I may be heard, I shall appear before the Honorable Judge A. Benjamin Goldgar,, Courtroom 613 at the United States Bankruptcy Court, 219 S Dearborn, Chicago, IL 60604 or before any other Bankruptcy Judge who may be presiding in his/her place and stead and shall then and there present the accompanying motion. At that time and place you may attend if you so choose.

## AFFIDAVIT OF SERVICE

    The undersigned, an attorney, hereby certifies that I have served a copy of this Notice along with the attached motion upon the parties listed above, by causing same to be mailed in a properly addressed Fed Ex overnight envelope, postage prepaid, from 4201 Lake Cook Rd, Northbrook, IL 60062-1060, before the hour of 5:00 PM on October 21, 2009, unless a copy was provided electronically by the Clerk of the Court.

    Respectfully Submitted,

    /s/ Michael Kalkowski
    Michael J Kalkowski

Richard B. Aronow ARDC# 03123969
Christopher A. Cieniawa ARDC# 06187452
Michael J. Kalkowski ARDC# 06185654
Josephine J. Miceli ARDC# 06243494
Todd J. Ruchman ARDC# 06271827
Fisher and Shapiro, LLC
4201 Lake Cook Rd
Northbrook, IL 60062-1060
(847)291-1717
Attorneys for Movant
08-009628

**THIS IS AN ATTEMPT TO COLLECT A DEBT AND ANY INFORMATION OBTAINED WILL BE USED FOR THAT PURPOSE**

**IN THE UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | |
|---|---|
| IN THE MATTER OF | IN PROCEEDINGS UNDER CHAPTER 13 |
| MARILYN F. ZURAWSKI, | NO. 09-08407 |
| DEBTOR | JUDGE: Goldgar, |

**MOTION FOR RELIEF FROM THE AUTOMATIC STAY OR IN THE ALTERNATIVE DISMISSAL OF THE CASE**

NOW COMES the Movant, U.S. Bank, N.A. as Trustee for the registered holders of Structured Asset Securities Corporation Mortgage Pass-Through Certificates, Series 2007-TC1, by and through its attorneys, Fisher and Shapiro, LLC, and states as follows:

1. On March 13, 2009, the above-named Debtor filed a Petition pursuant to 11 USC 1301, et. seq. and a Plan which was confirmed on May 26, 2009.

2. A material term of said plan called for the Debtor to make post-petition monthly mortgage payments directly to the Movant commencing with the installment that came due on April 1, 2009.

3. Notwithstanding said material term, said post-petition mortgage payments are in default in the amount of $3,843.62 through October 31, 2009:

| | | |
|---|---|---|
| 02 monthly payments at $1,481.36 each | = $ | 2,962.72 |
| 02 late charges at $52.95 each | = $ | 105.90 |
| Bankruptcy MFR court cost | = $ | 150.00 |
| Bankruptcy Attorneys' fees | = $ | 625.00 |
| TOTAL | = $ | 3,843.62 |

4. By failing to make current mortgage payments, the Debtor has failed to provide the Movant with adequate protection for its security, contrary to the requirements of the Bankruptcy Code.

5. That the Movant adopts the facts set forth in the Statement of Default as additional allegations in support of this motion.

6. This failure constitutes a material default entitling Movant to relief pursuant to 11 U.S.C. §362(d).

7. For the reasons set forth above, it would be inequitable to delay the enforcement of any order modifying the automatic stay with respect to the Movant.

WHEREFORE, U.S. Bank, N.A. as Trustee for the registered holders of Structured Asset Securities Corporation Mortgage Pass-Through Certificates, Series 2007-TC1, moves this Honorable Court to modify the automatic stay to allow U.S. Bank, N.A. as Trustee for the registered holders of Structured Asset Securities Corporation Mortgage Pass-Through Certificates, Series 2007-TC1 to foreclose the mortgage on the property located at: 15500 Sunset Drive, Dolton, IL 60419 and that Federal Bankruptcy Rule 4001(a)(3) be waived or dismiss the case.

Respectfully submitted,

/s/ Michael Kalkowski
Attorney for U.S. Bank, N.A. as Trustee for the registered holders of Structured Asset Securities Corporation Mortgage Pass-Through Certificates, Series 2007-TC1

Richard B. Aronow ARDC# 03123969
Christopher A. Cieniawa ARDC# 06187452
Michael J. Kalkowski ARDC# 06185654
Josephine J. Miceli ARDC# 06243494
Todd J. Ruchman ARDC# 06271827
Fisher and Shapiro, LLC
4201 Lake Cook Rd
Northbrook, IL 60062-1060
(847)291-1717
Attorneys for Movant
08-009628

THIS IS AN ATTEMPT TO COLLECT A DEBT AND ANY INFORMATION OBTAINED WILL BE USED FOR THAT PURPOSE